| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Marshall L. Baker (SBN 300987) <br> Lauren E. Huennekens (SBN 328855) <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> 1999 Avenue of the Stars, Suite 600 <br> Los Angeles, CA  90067-6022 <br> Telephone: 310.229.1000 | |
| ATTORNEY(S) FOR:  OCHIN, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EPIC SYSTEMS CORPORATION, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> HEALTH GORILLA, INC., et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:26-cv-00321 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __OCHIN, Inc.__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Epic Systems Corporation; Reid Hospital & Health Care Services, Inc., d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc. | Plaintiffs |
| Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc., d/b/a LlamaLab AI; Unique Medi Tech, LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC, d/b/a MySelf.Health; Critical Care Nurse Consultants, LLC, d/b/a GuardDog Telehealth; Hoppr, LLC; and Meredith Manak | Defendants |

| 1/14/2026 | /s/ Marshall L. Baker |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

OCHIN, Inc.