1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Marshall L. Baker (SBN 300987)
2  mbaker@akingump.com
   Lauren E. Huennekens (SBN 328855)
3  lhuennekens@akingump.com
   1999 Avenue of the Stars, Suite 600
4  Los Angeles, CA  90067-6022
   Telephone:  310.229.1000
5  Facsimile:   310.229.1001

6  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Anthony T. Pierce*
7  apierce@akingump.com
   Mark R. Herring*
8  mherring@akingump.com
   Caroline L. Wolverton*
9  cwolverton@akingump.com
   Robert S. Strauss Tower
10 2001 K Street, N.W.
   Washington, DC  20006-1037
11 Telephone:  202.887.4000
   Facsimile:   202.887.4288
12 *Pro Hac Vice App. Forthcoming

13 *Attorneys for Plaintiffs Epic Systems Corporation, OCHIN, Inc.,
   Reid Hospital & Health Care Services, Inc., Trinity Health Corporation,*
14 *and UMass Memorial Health Care, Inc.*

15               **UNITED STATES DISTRICT COURT**

16               **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., | Case No. 2:26-cv-00321 |
| | **OCHIN, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| Plaintiffs, | |
| v. | Date Action Filed:   January 13, 2026 |
| Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for Plaintiff OCHIN, Inc. certifies as follows:

1) OCHIN, Inc. does not have a parent corporation; and

2) OCHIN, Inc. is not a publicly traded company, and no publicly held corporation owns 10% or more of its stock.

Dated: January 14, 2026          **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Marshall L. Baker*
Marshall L. Baker
Lauren E. Huennekens

By: /s/ *Anthony T. Pierce*
Anthony T. Pierce*
Mark R. Herring*
Caroline L. Wolverton*
*\* Pro Hac Vice App. Forthcoming*

*Attorneys for Plaintiffs*
*Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services Inc. Trinity Health Corporation, and UMass Memorial Health Care, Inc.*

2

OCHIN, INC.'S CORPORATE DISCLOSURE STATEMENT