| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Marshall L. Baker (SBN 300987) |
| 2 | mbaker@akingump.com<br>Lauren E. Huennekens (SBN 328855) |
| 3 | lhuennekens@akingump.com<br>1999 Avenue of the Stars, Suite 600 |
| 4 | Los Angeles, CA  90067-6022<br>Telephone:  310.229.1000 |
| 5 | Facsimile:   310.229.1001 |
| 6 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Anthony T. Pierce* |
| 7 | apierce@akingump.com<br>Mark R. Herring* |
| 8 | mherring@akingump.com<br>Caroline L. Wolverton* |
| 9 | cwolverton@akingump.com<br>Robert S. Strauss Tower |
| 10 | 2001 K Street, N.W.<br>Washington, DC  20006-1037 |
| 11 | Telephone:  202.887.4000<br>Facsimile:   202.887.4288 |
| 12 | *Pro Hac Vice App. Forthcoming* |
| 13 | *Attorneys for Plaintiffs Epic Systems Corporation, OCHIN, Inc.,* |
| 14 | *Reid Hospital & Health Care Services, Inc., Trinity Health Corporation, and UMass Memorial Health Care, Inc.* |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., | Case No. 2:26-cv-00321 |
| 18 | | **TRINITY HEALTH CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | v. | Date Action Filed:    January 13, 2026 |
| 22 | Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, | |
| 28 | Defendants. | |

TRINITY HEALTH CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for Plaintiff Trinity Health Corporation certifies as follows:

1) Trinity Health Corporation does not have a parent corporation; and

2) Trinity Health Corporation is not a publicly traded company, and no publicly held corporation owns 10% or more of its stock.

Dated: January 14, 2026                **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Marshall L. Baker*
    Marshall L. Baker
    Lauren E. Huennekens

By: /s/ *Anthony T. Pierce*
    Anthony T. Pierce*
    Mark R. Herring*
    Caroline L. Wolverton*
    * *Pro Hac Vice App. Forthcoming*

*Attorneys for Plaintiffs
Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services Inc. Trinity Health Corporation, and UMass Memorial Health Care, Inc.*