NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Marshall L. Baker (SBN 300987)
Lauren E. Huennekens (SBN 328855)
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Telephone: 310.229.1000

ATTORNEY(S) FOR: Reid Hospital & Health Care Services, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EPIC SYSTEMS CORPORATION, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-00321 |
| v. HEALTH GORILLA, INC., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Reid Hospital & Health Care Services, Inc. d/b/a Reid Health
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Trinity Health Corporation; and UMass Memorial Health Care, Inc. | Plaintiffs |
| Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc., d/b/a LlamaLab AI; Unique Medi Tech, LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC, d/b/a MySelf.Health; Critical Care Nurse Consultants, LLC, d/b/a GuardDog Telehealth; Hoppr, LLC; and Meredith Manak | Defendants |

| 1/14/2026 | /s/ Marshall L. Baker |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Reid Hospital & Health Care Services, Inc.