**BLANK ROME LLP**
Christopher Petersen (SBN 251439)
chris.petersen@blankrome.com
Alycia S. Tulloch (SBN 335916)
alycia.tulloch@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

**BLANK ROME LLP**
Mark L. Johansen (*Pro Hac Vice App Forthcoming*)
mark.johansen@blankrome.com
Neakzaad Horriat (*Pro Hac Vice App Forthcoming*)
Neakzaad.horriat@blankrome.com
200 Crescent Court, Suite 1000
Dallas, TX 75201
Telephone:    972.850.1450
Facsimile:    972.850.1451

*Attorneys for Defendants*
UNIT 387, LLC, HOPPR, LLC,
AND MEREDITH MANAK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., <br> Plaintiffs, <br> v. <br> Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, <br> Defendants. | Case No. 2:26-cv-00321-FMO-RAO <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8- 3)** <br><br> Complaint Filed:       1/13/2026 <br> Complaint Served:     2/5/2026 <br> Current Response Date: 2/26/2026 <br> New Response Date:    3/30/2026 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Pursuant to Local Rule 8-3, Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc. (collectively, "Plaintiffs") and Defendants Unit 387, LLC, Hoppr, LLC, and Meredith Manak (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree, as follows:

**WHEREAS,** Plaintiffs filed a Complaint on January 13, 2026, and served the Complaint on Defendants on February 5, 2025;

**WHEREAS,** the current deadline by which Defendants must answer, move, or otherwise respond to the Complaint filed by Plaintiffs is February 26, 2026;

**WHEREAS**, Defendants' counsel is still investigating the allegations of the Complaint and its response to same;

**WHEREAS,** in order to allow sufficient time for Defendants to evaluate Plaintiffs' claims, the parties agree that Defendants may have a thirty-day extension, until and including March 30, 2026, to respond to Plaintiffs' Complaint;

**WHEREAS,** the parties have not entered into this stipulation for the purposes of delay, and a brief extension will not delay any deadlines set by the Court;

**WHEREAS**, no party will be prejudiced by the stipulated extension.

**NOW THEREFORE**, the parties hereby stipulate and agree as follows:

1. Defendants shall have an additional thirty (30) days within which to respond to the Complaint, up through and including March 30, 2026.

2. Nothing in this Stipulation shall be construed as a waiver of any party's rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have including, without limitation, jurisdictional and venue defenses.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: February 23, 2026 | | **BLANK ROME LLP** |
| | By: | */s/ Alycia S. Tulloch* |
| | | Christopher Petersen |
| | | Mark L. Johansen* |
| | | Alycia S. Tulloch |
| | | Neakzaad Horriat* |
| | | **Pro Hac Vice App Forthcoming* |
| | | *Attorneys for Defendants* |
| | | UNIT 387, LLC, HOPPR, LLC, AND MEREDITH MANAK |
| DATED: February 23, 2026 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | By: | */s/ Marshall L. Baker* |
| | | Marshall L. Baker |
| | | Lauren E. Huennekens |
| | | Anthony T. Pierce (*Pro Hac Vice*) |
| | | Mark R. Herring (*Pro Hac Vice*) |
| | | Caroline L. Wolverton (*Pro Hac Vice*) |
| | | *Attorneys for Plaintiffs* |
| | | EPIC SYSTEMS CORPORATION, OCHIN, INC., REID HOSPITAL & HEALTH CARE SERVICES INC., TRINITY HEALTH CORPORATION, AND UMASS MEMORIAL HEALTH CARE, INC. |

**SIGNATURE ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 23, 2026      **BLANK ROME LLP**

By: /s/ *Alycia S. Tulloch*
      Christopher Petersen
      Mark L. Johansen*
      Alycia S. Tulloch
      Neakzaad Horriat*
*Pro Hac Vice App Forthcoming*

*Attorneys for Defendants*
UNIT 387, LLC, HOPPR, LLC,
AND MEREDITH MANAK