Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Sharon Mayer - State Bar No. 212862
  smayer@birdmarella.com
Alexander H. Tran - State Bar No. 338940
  atran@birdmarella.com
Melissa C. Decker – State Bar No. 330062
  mdecker@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Unique Medi
Tech LLC, d/b/a Mammoth Dx, Mammoth
Path Solution, LLC, Mammoth Rx, Inc.
and Ryan Hilton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, <br><br> Defendants. | CASE NO. 2:26-cv-00321-FMO Assigned to Hon. Fernando M. Olguin Courtroom: 6D <br><br> **DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC. AND RYAN HILTON'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** <br><br> Action Filed: January 13, 2026 |

6000571.1

NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

## NOTICE OF INTERESTED PARTIES AND
## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton (the "Mammoth Defendants"), submits this Notice of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1.  This certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Epic Systems Corporation;
2. Plaintiff OCHIN, Inc.;
3. Plaintiff Reid Hospital & Health Care Services, Inc. d/b/a Reid Health;
4. Plaintiff Trinity Health Corporation;
5. Plaintiff UMass Memorial Health Care, Inc.;
6. Defendant Health Gorilla, Inc.;
7. Defendant RavillaMed PLLC;
8. Defendant Avinash Ravilla;
9. Defendant Shere Saidon;
10. Defendant LlamaLab, Inc.;
11. Defendant Unique Medi Tech LLC d/b/a Mammoth Dx;
12. Defendant Mammoth Path Solution, LLC;
13. Defendant Mammoth Rx, Inc.;
14. Defendant Ryan Hilton;
15. Defendant Daniel Baker;
16/ Defendant Max Toovey;
17. Defendant Unit 387 LLC;
18. Defendant SelfRx, LLC d/b/a Myself.Health;

6000571.1

2

19.  Defendant Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth;

20.  Defendant Hoppr, LLC;

21.  Defendant Meredith Manak.

As of this date, the Mammoth Defendants are not aware of any other persons, associations of persons, firms, partnerships, and/or corporations (other than the named parties) that have a pecuniary interest in this case.  Pursuant to Federal Rule of Civil Procedure 7.1, the Mammoth Defendants further certify that no publicly held corporation owns 10% or more of any entity comprising the Mammoth Defendants.

DATED:  February 25, 2026          Ekwan E. Rhow
                                   Sharon Mayer
                                   Alexander H. Tran
                                   Melissa C. Decker
                                   Bird, Marella, Rhow,
                                   Lincenberg, Drooks & Nessim, LLP


                                   By:  _____/s/ Sharon Mayer_____
                                              Sharon Mayer

                                   Attorneys for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton

6000571.1                          3

NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT