1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Marshall L. Baker (SBN 300987)
2  mbaker@akingump.com
   Lauren E. Huennekens (SBN 328855)
3  lhuennekens@akingump.com
   1999 Avenue of the Stars, Suite 600
4  Los Angeles, CA  90067-6022
   Telephone:  310.229.1000
5  Facsimile:   310.229.1001

6  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Anthony T. Pierce (*pro hac vice*)
7  apierce@akingump.com
   Mark R. Herring (*pro hac vice*)
8  mherring@akingump.com
   Caroline L. Wolverton (*pro hac vice*)
9  cwolverton@akingump.com
   Robert S. Strauss Tower
10 2001 K Street, N.W.
   Washington, DC  20006-1037
11 Telephone:  202.887.4000
   Facsimile:   202.887.4288

12

13 *Attorneys for Plaintiffs Epic Systems Corporation, OCHIN, Inc.,*
   *Reid Hospital & Health Care Services, Inc., Trinity Health Corporation,*
   *and UMass Memorial Health Care, Inc.*

14

15                          **UNITED STATES DISTRICT COURT**

16                          **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17 Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., | Case No. 2:26-cv-00321 |
| | **[PROPOSED] ORDER RE: JOINT STIPULATION FOR ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR STIPULATING DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT** |
| 19/20       Plaintiffs, | |
| 21    v. | |
| 22 Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, | Date Action Filed:          January 13, 2026 |
| 27/28       Defendants. | |

---

[PROPOSED] ORDER RE: JOINT STIPULATION FOR ORDER SETTING HEARING
DATE AND BRIEFING SCHEDULE FOR STIPULATING DEFENDANTS'
RESPONSE TO PLAINTIFFS' COMPLAINT

Having read and considered the Joint Stipulation For Order Setting Hearing Date And Briefing Schedule For Stipulating Defendants' Response To Plaintiffs' Complaint, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1.    Health Gorilla, Inc., RavillaMed PLLC, Avinash Ravilla, Shere Saidon, and LlamaLab, Inc.'s anticipated Motions to Dismiss shall be heard on April 23, 2026;

2.    Any opposition brief(s) to Health Gorilla, Inc., RavillaMed PLLC, Avinash Ravilla, Shere Saidon, and LlamaLab, Inc.'s anticipated Motions to Dismiss shall be due March 26, 2026; and

3.    Any reply brief(s) in support of Health Gorilla, Inc., RavillaMed PLLC, Avinash Ravilla, Shere Saidon, and LlamaLab, Inc.'s anticipated Motions to Dismiss shall be due April 9, 2026.

**IT IS SO ORDERED.**

Dated: _____        _____
                                      Honorable Fernando M. Olguin
                                      District Judge

[PROPOSED] ORDER RE: JOINT STIPULATION FOR ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR STIPULATING DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT