QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
Ryan Landes (Bar No. 252642)
 ryanlandes@quinnemanuel.com
David M. Elihu (Bar No. 303043)
 davidelihu@quinnemanuel.com
Julia S. Choe (Bar No. 287038)
 juliachoe@quinnemanuel.com
Jenny Braun (*pro hac vice* forthcoming)
 jennybraun@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
 Telephone: (213) 443-3000
 Facsimile:  (213) 443-3100

*Attorneys for Defendant Health Gorilla, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., <br><br>Plaintiffs, <br><br>vs. <br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, <br><br>Defendants. | Case No. 2:26-cv-00321-FMO-RAO <br><br>**DEFENDANT HEALTH GORILLA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6)** <br><br>*[Filed Concurrently with Memorandum of Points and Authorities; and [Proposed] Order]* <br><br>Date:      April 23, 2026 <br>Time:      10:00 am <br>Location:  Courtroom 6D <br><br>Complaint Filed: January 13, 2026 <br>Trial Date:     None Set <br>District Judge: Hon. Fernando M. Olguin |

Case No. 2:26-cv-00321-FMO-RAO
DEFENDANT HEALTH GORILLA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6)

Defendant Health Gorilla, Inc. pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint, ECF 1, in the above-captioned action, under Fed. R. Civ. P. 12(b)(6) on the grounds that (a) each of Plaintiffs' claims are barred for failure to satisfy contractually-obligated dispute resolution procedures as a precondition to suit, and (b) Plaintiffs failed to state a claim upon which relief can be granted, for the reasons set forth in the Memorandum in Support of its Motion to Dismiss the Complaint (the "Memorandum"), filed contemporaneously herewith. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 18, 2026.

WHEREFORE, Health Gorilla, Inc. respectfully requests that the Court grant its Motion to Dismiss and any and all further relief that the Court deems appropriate.

DATED: February 26, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Adam B. Wolfson
Adam B. Wolfson
Ryan Landes
David M. Elihu
Julia S. Choe
Jenny Braun (*pro hac vice* forthcoming)

*Attorneys for Defendant Health Gorilla, Inc.*