# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,<br><br>Defendants. | Case No. 2:26-cv-00321-FMO-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HEALTH GORILLA, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6)**<br><br>*[Filed Concurrently with Notice of Motion to Dismiss Complaint; and Memorandum of Points and Authorities]*<br><br>Date:          April 23, 2026<br>Time:          10:00 am<br>Location:    Courtroom 6D<br><br>Complaint Filed: January 13, 2026<br>Trial Date:          None Set<br>District Judge:     Hon. Fernando M. Olguin |

Case No. 2:26-cv-00321-FMO-RAO

[PROPOSED] ORDER GRANTING DEFENDANT HEALTH GORILLA, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6)

## [PROPOSED] ORDER

The Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) of Health Gorilla, Inc., came under the Court's consideration along with papers supporting the Application and other documents in the Court's file in this action.

Having considered the Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6), and good cause appearing,

**IT IS HEREBY ORDERED** that the Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
The Honorable Fernando M. Olguin
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT HEALTH GORILLA, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6)