| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Adam B. Wolfson |
| Quinn Emanuel Urquhart & Sullivan, LLP |
| 865 S. Figueroa St., Los Angeles, CA 90017 |
| (213) 443-3000 |

ATTORNEY(S) FOR: Health Gorilla, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Epic Systems Corporation et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-00321-FMO-RAO |
| v. | |
| Health Gorilla, Inc. et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Health Gorilla, Inc. _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| See Attachment | See Attachment |

February 26, 2026

Date

*/s/ Adam B. Wolfson*

Signature

Attorney of record for (or name of party appearing in pro per):

Adam B. Wolfson

**Attachment to Health Gorilla, Inc.'s Certification and Notice of Interested Parties**

Pursuant to Fed. R. Civ. Proc. 7-1 and Local Rule 7.1-1, Health Gorilla, Inc. certifies that it does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock. Health Gorilla, Inc. also certifies that, to the best of its knowledge, the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party. Besides the below persons and entities, Health Gorilla, Inc. is not aware of any other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

| Party | Connection/Interest |
| --- | --- |
| Epic Systems Corporation | Plaintiff |
| OCHIN, Inc. | Plaintiff |
| Reid Hospital & Health Care Services, Inc. d/b/a Reid Health | Plaintiff |
| Trinity Health Corporation; | Plaintiff |
| UMass Memorial Health Care, Inc. | Plaintff |
| Health Gorilla, Inc. | Defendant |
| RavillaMed PLLC | Defendant |
| Avinash Ravilla | Defendant |
| Shere Saidon | Defendant |
| LlamaLab, Inc. | Defendant |
| Unique Medi Tech LLC, d/b/a Mammoth Dx | Defendant |
| Mammoth Path Solution, LLC | Defendant |
| Mammoth Rx, Inc. | Defendant |
| Ryan Hilton | Defendant |
| Daniel Baker | Defendant |
| Max Toovey | Defendant |
| Unit 387 LLC | Defendant |
| SelfRx, LLC d/b/a Myself.Health | Defendant |
| Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth | Defendant |
| Hoppr, LLC | Defendant |
| Meredith Manak | Defendant |