| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>UMHOFER, MITCHELL & KING LLP<br>Matthew Donald Umhofer (SBN 206607)<br>Elizabeth A. Mitchell (SBN 251139)<br>767 S. Alameda St., Suite 270<br>Los Angeles, California 90021<br>Telephone: (213) 394-7979<br>Facsimile: (213) 529-1027<br><br>ATTORNEY(S) FOR: GuardDog Telehealth | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation, et al.<br><br>                                                     Plaintiff(s),<br>v.<br>Health Gorilla, Inc., et al.<br><br>                                                     Defendant(s) | CASE NUMBER:<br>2:26-cv-00321-FMO-RAO<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth | Defendant |
| Justine Hanna | Owner |
| Keli Heskett | Owner |

| | |
|---|---|
| February 27, 2026 | /s/ Elizabeth A. Mitchell |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Critical Care Nurse Consultants LLC d/b/a GuardDog Telehealth