1  Peter Bronstein (CA Bar N0 153611)
   Law Office of Peter Bronstein
2  2121 Avenue of the Stars 8th Floor
   Los Angeles, CA 90067
3  Telephone (310) 203-2249/Cellular (310) 729-4578
   Email Peterbronz@gmail.com
4  Attorney for Defendant Daniel Baker

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| Epic Systems Corporation, Ochin Inc.,REID Hospital & Healthcare Services d/b/a REID REID Health Trinity Health Corporation And UMASS Memorial Healthcare Inc.<br><br>V<br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab , Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100 | Case Number 2:26-cv-00321-FMO-RAO<br><br>**DECLARATION OF PETER BRONSTEIN IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT TO BY NOT MORE THAN 30 DAYS (L.R.8-3)**<br><br>Complaint Filed: 1/13/2026<br>Complaint Served: 2/5/2026<br>Current Response Date: 2/26/2026<br>New Response Date: 3/30/2026 |

**DECLARATION OF ATTORNEY PETER C BRONSTEIN**

1. I am an attorney at law duly licensed to practice in the State of California. I have personal knowledge of the following facts and if called to testify I will testify to the facts stated herein.

2. On or about February 5, 2026 my client Daniel Baker was served with a lawsuit and our firm was retained about February 19, 2026 the day before I left out of State for 2 weeks.

3. On February 23, 2026 I telephoned Plaintiffs counsel and not being able to reach Plaintiffs counsel left a voicemail with Mr. Baker assistant and emailed Mr. Baker.

4. Mr. Baker responded to the email and advised that he would contact his clients and get back to me.

DECLARATION IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3

5. On February 24, 2026 I received an email from Lauren Huennekens from Plaintiffs office approving the stipulation attached hereto and hereby incorporated by reference as Exhibit A.

6. On February 25, 2026 I discovered that other defendants who we are aware had an extension until March 30, 2026 and requested an equal extension to Plaintiffs counsel.

7. On February 25, 2026 we emailed the stipulation to Plaintiffs counsel.

8. On February 26, 2026 we received an email from Lauren Huennekens of Plaintiffs office that they needed Local Rule 8-3 language in the caption attached hereto and hereby incorporated by reference as Exhibit B.

9. Within hours and by 1:11pm on February 26, 2026 we revised the caption as requested and email Plaintiffs counsel attached hereto and hereby incorporated by reference as Exhibit C.

10. Despite emails to Plaintiffs counsel on February 26, February 27 and February 28, 2026, Plaintiffs counsel has not responded to any communications by email, telephone or other means.

Law Office of Peter Bronstein


By: ___*Peter Bronstein*___          Date: 3/2/2026
    Peter Bronstein attorney for Defendant
    Daniel Baker

DECLARATION IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

DECLARATION IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3



Peter Bronstein <peterbronz@gmail.com>

## (no subject)

**Huennekens, Lauren** <lhuennekens@akingump.com>  Tue, Feb 24, 2026 at 3:42 PM
To: "Baker, Marshall" <mbaker@akingump.com>, Peter Bronstein <peterbronz@gmail.com>

Hi Peter,

Our clients have signed off on the 21-day extension. Would you mind preparing a stipulation to be filed with the court, please? Attached is the stipulation we executed with Unit 387, Hoppr, and Manak, if helpful.

Thanks,

Lauren

**Lauren E. Huennekens**

**Akin**

Direct: +1 310.229.1019

[Quoted text hidden]

[Quoted text hidden]

📄 **2026-02-23 [42] Stipulation to Extend Time to Respond to Initial Complaint 4924-1506-8049, 1.pdf**
1106K

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

DECLARATION IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3



Peter Bronstein <peterbronz@gmail.com>

## (no subject)

**Huennekens, Lauren** <lhuennekens@akingump.com>    Thu, Feb 26, 2026 at 9:31 AM
To: Peter Bronstein <peterbronz@gmail.com>
Cc: "Baker, Marshall" <mbaker@akingump.com>

Hi Peter, we received the stipulation you sent.  Please redo it so that the caption tracks the requirements of local rule 8-3.  The stipulation also refers to Defendants, whereas I understand you represent only defendant Daniel Baker, so that should also be fixed.  Thank you.

**Lauren E. Huennekens**

**Akin**

Direct: +1 310.229.1019

**From:** Huennekens, Lauren
**Sent:** Tuesday, February 24, 2026 5:42 PM
**To:** Baker, Marshall <mbaker@akingump.com>; Peter Bronstein <peterbronz@gmail.com>
**Subject:** RE:

Hi Peter,

[Quoted text hidden]
[Quoted text hidden]

1
2
3
4
5
6
7
8
9
10
11
12              **EXHIBIT C**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO
INTIAL COMPLAINT BY NOT  MORE THAN 30 DAYS (L.R. 8-3



Peter Bronstein <peterbronz@gmail.com>

## (no subject)

**Peter Bronstein** <peterbronz@gmail.com>  Thu, Feb 26, 2026 at 1:11 PM
To: "Baker, Marshall" <mbaker@akingump.com>
Cc: "Huennekens, Lauren" <lhuennekens@akingump.com>

Revised as requested.

> On Thu, Feb 26, 2026 at 9:44 AM Baker, Marshall <mbaker@akingump.com> wrote:
>
> Peter – please redo the stipulation so that the caption tracks the requirements of local rule 8-3. The stipulation also refers to Defendants, whereas I understand you represent only defendant Daniel Baker, so that should also be fixed. Thank you.
>
> **Marshall L. Baker**
> **Akin**
>
> Direct: +1 310.229.1074
>
> **From:** Peter Bronstein <peterbronz@gmail.com>
> **Sent:** Wednesday, February 25, 2026 11:15:34 PM
> **To:** Huennekens, Lauren <lhuennekens@akingump.com>
> **Cc:** Baker, Marshall <mbaker@akingump.com>
> **Subject:** Re:
>
> I called today and would like extension to be same as other defendants of March 30, 2026
> Stipulation attached.
>
> On Tue, Feb 24, 2026 at 3:42 PM Huennekens, Lauren <lhuennekens@akingump.com> wrote:
>
>> Hi Peter,
>>
>> Our clients have signed off on the 21-day extension. Would you mind preparing a stipulation to be filed with the court, please? Attached is the stipulation we executed with Unit 387, Hoppr, and Manak, if helpful.
>>
>> Thanks,
>> Lauren
>>
>> **Lauren E. Huennekens**
>> **Akin**
>>
>> Direct: +1 310.229.1019
>>
>> **From:** Baker, Marshall <mbaker@akingump.com>
>> **Sent:** Monday, February 23, 2026 4:56 PM

**To:** Peter Bronstein <peterbronz@gmail.com>
**Cc:** Huennekens, Lauren <lhuennekens@akingump.com>
**Subject:** Re:

Hi Peter – thanks for the note. I will confirm with our clients and revert tomorrow.

Marshall

**Marshall L. Baker**

**Akin**

Direct: +1 310.229.1074

---

**From:** Peter Bronstein <peterbronz@gmail.com>
**Sent:** Monday, February 23, 2026 4:52:43 PM
**To:** Baker, Marshall <mbaker@akingump.com>
**Subject:**

**\*\*EXTERNAL Email\*\***

I was contacted by Mr Baker- not you but a named defendant in a lawsuit you filed. Epic Systems v Health Gorrilla. I left a voicemail with your assistant. My client is Daniel Baker. I am out of State and am requesting an extension to respond of 21 additional days? Please let me know
Sent from my iPhone
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

--
Peter Bronstein, Esq.
For the Firm
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
Telephone (310) 203-2249
Cellular (310) 729-4578
WEB: www.lacorporateattorney.com
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

--
Peter Bronstein, Esq.
For the Firm
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
Telephone (310) 203-2249

Cellular (310) 729-4578
WEB: www.lacorporateattorney.com

📄 **baker-45-march-30-2026.pdf**
　147K