Peter Bronstein (CA Bar N0 153611)
Law Office of Peter Bronstein
2121 Avenue of the Stars 8th Floor
Los Angeles, CA 90067
Telephone (310) 203-2249/Cellular (310) 729-4578
Email Peterbronz@gmail.com
Attorney for Defendant Daniel Baker

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| Epic Systems Corporation, Ochin Inc.,REID Hospital & Healthcare Services d/b/a REID REID Health Trinity Health Corporation And UMASS Memorial Healthcare Inc.<br><br>V<br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100<br>_____ | **STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT TO BY NOT MORE THAN 30 DAYS (L.R.8-3)**<br><br>Complaint Filed:       1/13/2026<br>Complaint Served:    2/5/2026<br>Current Response Date: 2/26/2026<br>New Response Date:    3/30/2026 |

Pursuant to Local Rule 8-3, Plaintiffs Epic Systems Corporation, OCHIN, Inc.,Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc. (collectively, "Plaintiffs") and Defendant Daniel Baker  (collectively, "Defendant"), by and through their respective counsel, hereby stipulate and agree, as follows:

**WHEREAS,** Plaintiffs filed a Complaint on January 13, 2026, and served the Complaint on Defendant on February 5, 2025;

**WHEREAS,** the current deadline by which Defendant must answer, move,

STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3

or otherwise respond to the Complaint filed by Plaintiffs is February 26, 2026;

**WHEREAS,** Defendants' counsel is still investigating the allegations of the Complaint and its response to same;

**WHEREAS,** in order to allow sufficient time for Defendant to evaluate Plaintiffs' claims, the parties agree that Defendant may have a equal extension of the other defendants receiving an extension, until and including March 30, 2026, to respond to Plaintiffs' Complaint;

**WHEREAS,** the parties have not entered into this stipulation for the purposes of delay, and a brief extension will not delay any deadlines set by the Court;

**WHEREAS,** no party will be prejudiced by the stipulated extension.

**NOW THEREFORE,** the parties hereby stipulate and agree as follows:

1. Defendant shall have an additional thirty (30) days within which to respond to the Complaint, up through and including March 30, 2026.

2. Nothing in this Stipulation shall be construed as a waiver of any party's rights or positions in law or equity, or as a waiver of any defenses that Defendant would otherwise have including, without limitation, jurisdictional and venue defenses.

So Stipulated

Law Office of Peter Bronstein

STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3

1  By: *Peter Bronstein*               Date: _____
   Peter Bronstein attorney for Defendant
2  Daniel Baker

3
   I.AKIN GUMP STRAUSS HAUER & FELD LLP
4

5

6  By:  agreed by email               Date _____
   **Marshall L. Baker Lauren E. Huennekens**
7    Anthony T. Pierce *(Pro Hae Vice)* Mark R. Herring *(Pro Hae Vice)*
8    Caroline L. Wolverton *(Pro Hae Vice)*
   *Attorneys for Plaintiffs*
9  EPIC SYSTEMS CORPORATION, OCHIN, INC., REID HOSPITAL & HEALTH
   CARE SERVICES INC., TRINITY HEALTH CORPORATION, AND UMASS
10 MEMORIAL HEALTH CARE, INC.

STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3