1  Ekwan E. Rhow - State Bar No. 174604
       erhow@birdmarella.com
2  Sharon Mayer - State Bar No. 212862
       smayer@birdmarella.com
3  Alexander H. Tran - State Bar No. 338940
       atran@birdmarella.com
4  Melissa C. Decker – State Bar No. 330062
       mdecker@birdmarella.com
5  BIRD, MARELLA, RHOW,
   LINCENBERG, DROOKS & NESSIM, LLP
6  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
7  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
8
   Attorneys for Defendants Unique Medi
9  Tech LLC, d/b/a Mammoth Dx, Mammoth
   Path Solution, LLC, Mammoth Rx, Inc.
10 and Ryan Hilton

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14 Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., | Case No. 2:26-cv-00321-FMO |
| | Assigned to Hon. Fernando M. Olguin Courtroom: 6D |
| 17 Plaintiffs, | **JOINT STIPULATION FOR ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE** |
| 18 v. | |
| 19 Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, | [*Filed Concurrently with [Proposed] Order*] |
| | Action Filed: January 13, 2026 |
| 25 Defendants. | |

6005269.1

1

**JOINT STIPULATION FOR ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE**

## JOINT STIPULATION

Pursuant to Local Rule 7-1, Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; and Ryan Hilton (collectively, the "Mammoth Defendants") and Plaintiffs Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc. (collectively, "Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Mammoth Defendants will file a Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b) on March 13, 2026;

WHEREAS, the Court has previously ordered a briefing schedule and set a hearing date of April 23, 2026, at 10:00 a.m. for pending motions filed by Defendants Health Gorilla, Inc., Ravillamed PLLC, Avinash Ravilla, Shere Saidon, and Llama Lab, Inc. (Dkts. 56, 60, 66);

WHEREAS, the Parties have met and conferred, and thereby agreed, that the Mammoth Defendants shall request a hearing date April 23, 2026 for the Mammoth Defendants' forthcoming Motion to Dismiss;

WHEREAS, the Parties have further agreed that any opposition brief shall be due March 26, 2026 and any reply brief shall be due April 9, 2026, in compliance with Civil Local Rules 7-9 and 7-10 and as consistent with the Court's prior briefing schedule issued on March 3, 2026 (Dkt. 66); and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

NOW, THEREFORE, IT IS HEREBY STIPULATED TO BY AND BETWEEN THE PARTIES THAT:

1. The Mammoth Defendants' Motion to Dismiss shall be filed on March 13, 2026;

1    2.    If the Mammoth Defendants' Motion to Dismiss is filed on March 13,

2    2026, then:

3          a.    The Mammoth Defendants' Motion to Dismiss shall be heard on

4          April  23, 2026;

5          b.    Any opposition brief to the Motion to Dismiss shall be filed by

6          March 26, 2026; and

7          c.    Any reply brief shall be filed by April 9, 2026.

8
          **SO STIPULATED**
9

10

11   DATED:  March 13, 2026        Bird, Marella, Rhow,
                                   Lincenberg, Drooks & Nessim, LLP
12

13

14                                 By:    _____/s/ Sharon Mayer_____
                                          Sharon Mayer
15

16                                 Attorneys for Defendants Unique Medi
                                   Tech LLC, d/b/a Mammoth Dx, Mammoth
17                                 Path Solution, LLC, Mammoth Rx, Inc. and
                                   Ryan Hilton
18

19

20   DATED:  March 13, 2026        Akin Gump Strauss Hauer & Feld LLP

21

22

23                                 By:    _/s/ via email authorization_
                                          Lauren E. Huennekens
24

25                                 Attorneys for Plaintiffs Epic Systems
                                   Corporation; OCHIN, Inc.; Reid Hospital &
                                   Health Care Services, Inc. d/b/a Reid
26                                 Health; Trinity Health Corporation; and
                                   UMass Memorial Health Care, Inc.

27

28

6005269.1                                    3
JOINT STIPULATION FOR ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE

1

## ATTESTATION OF CONCURRENCE IN FILING

2        Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other

3 signatories listed above, on whose behalf the filing is submitted, concur in the

4 filing's content and have authorized the filing.

5

6 DATED:  March 13, 2026        Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

7

8

9                         By:       */s/ Sharon Mayer*

                                      Sharon Mayer

10

11                        Attorneys for Defendants Unique Medi

12                        Tech LLC, d/b/a Mammoth Dx, Mammoth
Path Solution, LLC, Mammoth Rx, Inc. and

13                        Ryan Hilton

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6005269.1

4

JOINT STIPULATION FOR ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE