NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nithin Kumar (SBN 300607)
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, CA 90049
(408) 930-3580

ATTORNEY(S) FOR: **Defendant Max Toovey**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Epic Systems Corp. et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-00321-FMO-RAO |
| v. | |
| Health Gorilla, Inc. et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (**Local Rule 7.1-1**) |
| Defendant(s), | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Defendant Max Toovey
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| | |

See attached page

| March 17, 2026 | /s/ Nithin Kumar |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Max Toovey

CV-30 (05/13)                      **NOTICE OF INTERESTED PARTIES**

**Attachment to Notice of Interested Parties by Max Toovey**

| Party | Connection/Interest |
| --- | --- |
| Epic Systems Corporation | Plaintiff |
| OCHIN, Inc. | Plaintiff |
| Reid Hospital & Health Care Services, Inc. d/b/a Reid Health | Plaintiff |
| Trinity Health Corporation | Plaintiff |
| UMass Memorial Health Care, Inc. | Plaintiff |
| | |
| Health Gorilla, Inc. | Defendant |
| RavillaMed PLLC | Defendant |
| Avinash Ravilla | Defendant |
| Shere Saidon | Defendant |
| LlamaLab, Inc. | Defendant |
| Unique Medi Tech LLC, d/b/a Mammoth Dx | Defendant |
| Mammoth Path Solution, LLC | Defendant |
| Mammoth Rx, Inc. | Defendant |
| Ryan Hilton | Defendant |
| Daniel Baker | Defendant |
| Max Toovey | Defendant |
| Unit 387 LLC | Defendant |
| SelfRx, LLC d/b/a Myself.Health | Defendant |
| Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth | Defendant |
| Hoppr, LLC | Defendant |
| Meredith Manak | Defendant |