**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marshall L. Baker (SBN 300987)
mbaker@akingump.com
Lauren E. Huennekens (SBN 328855)
lhuennekens@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Telephone:   310.229.1000
Facsimile:   310.229.1001

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Anthony T. Pierce (*pro hac vice*)
apierce@akingump.com
Mark R. Herring (*pro hac vice*)
mherring@akingump.com
Caroline L. Wolverton (*pro hac vice*)
cwolverton@akingump.com
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC  20006-1037
Telephone:   202.887.4000
Facsimile:   202.887.4288

*Attorneys for Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc., Trinity Health Corporation, and UMass Memorial Health Care, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, <br><br> Defendants. | Case No. 2:26-cv-00321-FMO-RAO <br><br> Assigned to:  Hon. Fernando M. Olguin <br><br> **DECLARATION OF MARSHALL L. BAKER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE MAMMOTH DEFENDANTS' MOTION TO DISMISS** <br><br> Date:        April 23, 2026 <br> Time:        10:00 A.M. <br> Location:   Courtroom 6D <br><br> [*Opposition Filed Concurrently Herewith*] <br><br> Date Action Filed:        January 13, 2026 |

1

## <u>DECLARATION OF MARSHALL L. BAKER</u>

I, Marshall L. Baker, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc. d/b/a Reid Health, Trinity Health Corporation, and UMass Memorial Health Care, Inc. (together, "Plaintiffs") in the above-entitled action.  I submit this declaration in support of Plaintiffs' Opposition to Unique Medi Tech LLC d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc., and Ryan Hilton's (together, the "Mammoth Defendants") Motion to Dismiss.  I have personal knowledge of the facts set forth herein and, if called upon to do so, I would and could testify competently thereto.

2.      On March 6, 2026, I met and conferred via video conference with counsel for the Mammoth Defendants pursuant to Local Rule 7-3 to discuss the substance of the Mammoth Defendants' contemplated motion to dismiss.  Counsel for the Mammoth Defendants did not inform me that the Mammoth Defendants would be raising any arguments invoked in any other filing by any other Defendant or otherwise inform me that they would be moving to dismiss on the basis of any argument that the interoperability agreements preclude this Court's adjudication of this action, as the Mammoth Defendants purport to do in footnote 1 of their Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of March, 2026 in Los Angeles, California.

By:  */s/ Marshall L. Baker*
          Marshall L.  Baker

2