**BLANK ROME LLP**
Christopher Petersen (SBN 251439)
chris.petersen@blankrome.com
Alycia S. Tulloch (SBN 335916)
alycia.tulloch@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

**BLANK ROME LLP**
Mark L. Johansen (*Pro Hac Vice*)
mark.johansen@blankrome.com
Neakzaad Horriat (*Pro Hac Vice*)
Neakzaad.horriat@blankrome.com
200 Crescent Court, Suite 1000
Dallas, TX 75201
Telephone:    972.850.1450
Facsimile:    972.850.1451

*Attorneys for Defendants*
UNIT 387, LLC, HOPPR, LLC,
AND MEREDITH MANAK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,<br><br>                              Defendants. | Case No. 2:26-cv-00321-FMO-RAO<br><br>**UNIT 387 DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:          May 21, 2026<br>Time:          10:00 a.m.<br>Courtroom:  6D<br>Judge:        Fernando M. Olguin<br><br>Complaint Filed:  1/13/2026 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 21, 2026 at 10:00 a.m., or as soon thereafter as this matter can be heard by the Honorable Fernando M. Olguin of the United Stated District Court, Central District of California, located at Courtroom 6D of the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendants Unit 387 LLC, Hoppr, LLC, and Meredith Manak (collectively, the "Unit 387 Defendants") will and hereby move to dismiss all claims asserted against them in Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc. d/b/a Reid Health, Trinity Health Corporation, and UMass Memorial Health Care, Inc.'s (collectively, "Plaintiffs") Complaint in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that: (a) Plaintiffs' claims are barred for failure to satisfy contractually mandated dispute resolution procedures as a precondition to suit; and (b) Plaintiffs have failed to state a claim upon which relief can be granted, for the reasons set forth in the Memorandum of Points and Authorities filed herewith.

This motion is made following the conference of counsel pursuant to Local Rule 7-3.

This Motion to Dismiss is based upon this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, any exhibits filed therewith, the records and pleadings in this action, and the argument of counsel.

DATED: March 30, 2026                    **BLANK ROME LLP**

By: */s/ Alycia S. Tulloch*
Christopher Petersen
Alycia S. Tulloch
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

By: */s/ Mark L. Johansen*
Mark L. Johansen (*Pro Hac Vice*)
Neakzaad Horriat (*Pro Hac Vice*)
200 Crescent Court, Suite 1000
Dallas, TX 75201

2

UNIT 387 DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS