**BLANK ROME LLP**
Christopher Petersen (SBN 251439)
chris.petersen@blankrome.com
Alycia S. Tulloch (SBN 335916)
alycia.tulloch@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

**BLANK ROME LLP**
Mark L. Johansen (*Pro Hac Vice*)
mark.johansen@blankrome.com
Neakzaad ("Neak") Horriat (*Pro Hac Vice*)
Neakzaad.horriat@blankrome.com
200 Crescent Court, Suite 1000
Dallas, TX 75201
Telephone:    972.850.1450
Facsimile:    972.850.1451

*Attorneys for Defendants*
UNIT 387, LLC, HOPPR, LLC,
AND MEREDITH MANAK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, <br><br> Defendants. | Case No. 2:26-cv-00321-FMO-RAO <br><br> **MARK L. JOHANSEN'S DECLARATION OF COMPLIANCE PURSUANT TO L.R. 7-3 IN SUPPORT OF UNIT 387 DEFENDANTS' MOTION TO DISMISS** <br><br> Date:         May 21, 2026 <br> Time:         10:00 a.m. <br> Courtroom:    6D <br> Judge:        Fernando M. Olguin <br><br> Complaint Filed:  1/13/2026 |

MARK L. JOHANSEN'S DECLARATION OF COMPLIANCE PURSUANT TO L.R. 7-3 IN SUPPORT OF UNIT 387 DEFENDANTS' MOTION TO DISMISS

## DECLARATION OF MARK L. JOHANSEN

I, Mark L. Johansen, do declare as follows:

1.      I am an attorney licensed to practice in the state of Texas and admitted pro hac vice in the above-captioned case, and I am a Partner at the law firm of Blank Rome LLP. I am counsel of record for Defendants Unit 387 LLC, Hoppr, LLC, and Meredith Manak (collectively, the "Unit 387 Defendants") in the above-referenced action. I make this declaration in support of the Unit 387 Defendants' Motion to Dismiss ("Motion"). I have personal knowledge of the facts set forth in this declaration and if called upon to testify as a witness, I could and would competently testify to the following facts.

2.      On March 30, 2026, I met and conferred via telephone with counsel for Plaintiffs, Marshall Baker, to discuss the issues the Unit 387 Defendants intended to raise in the Motion. We discussed the contractual preconditions to suit and lack of seeking injunctive relief; the Plaintiffs' failure to adequately plead fraud and aiding-and-abetting fraud; Plaintiffs' lack of third party beneficiary status and failure to plead a breach of contract claim; and lack of third party standing. Mr. Baker and I discussed the intended substance of the Motion in good faith, but were not able to reach a resolution that eliminated the necessity for filing the Motion and seeking a hearing.

3.      Mr. Baker is unopposed to the Unit 387 Defendants filing the aforementioned Motion to Dismiss today, less than seven days after the meet and confer noted above, required by Local Rule 7-3.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of March 2026.

Mark L. Johansen

2

MARK L. JOHANSEN'S DECLARATION OF COMPLIANCE PURSUANT TO L.R. 7-3 IN SUPPORT OF UNIT 387 DEFENDANTS' MOTION TO DISMISS