**BLANK ROME LLP**
Christopher Petersen (SBN 251439)
chris.petersen@blankrome.com
Alycia S. Tulloch (SBN 335916)
alycia.tulloch@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

**BLANK ROME LLP**
Mark L. Johansen (*Pro Hac Vice*)
mark.johansen@blankrome.com
Neakzaad Horriat (*Pro Hac Vice*)
Neakzaad.horriat@blankrome.com
200 Crescent Court, Suite 1000
Dallas, TX 75201
Telephone:    972.850.1450
Facsimile:    972.850.1451

*Attorneys for Defendants*
UNIT 387, LLC, HOPPR, LLC,
AND MEREDITH MANAK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, <br><br> Defendants. | Case No. 2:26-cv-00321-FMO-RAO <br><br> **[PROPOSED] ORDER GRANTING UNIT 387 DEFENDANTS' MOTION TO DISMISS** <br><br> Date:         May 21, 2026 <br> Time:         10:00 a.m. <br> Courtroom:    6D <br> Judge:        Fernando M. Olguin <br><br> Complaint Filed:  1/13/2026 |

[PROPOSED] ORDER

## [PROPOSED] ORDER

On May 21, 2026 at 10:00 a.m., before the Honorable Fernando M. Olguin of the United States District Court, Central District of California, located at Courtroom 6D of the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendants Unit 387 LLC, Hoppr, LLC, and Meredith Manak's (collectively, the "Unit 387 Defendants") Motion to Dismiss ("Motion to Dismiss") Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc. d/b/a Reid Health, Trinity Health Corporation, and UMass Memorial Health Care, Inc.'s (collectively, "Plaintiffs") Complaint came on regularly for hearing before the Court.

The Court, having considered the moving papers, any opposition thereto, and reply, and having heard and considered the arguments of counsel, and good cause appearing therefore, hereby ORDERS, as follows:

1. The Unit 387 Defendants Motion to Dismiss is GRANTED;

2. All of Plaintiffs' allegations against the Unit 387 Defendants in the Complaint are dismissed in their entirety, and with prejudice.

**IT IS SO ORDERED.**

Dated: May ___, 2026

_____
Honorable Fernando M. Olguin
United States District Court Judge