Nithin Kumar (SBN 300607)
  nithin@kingfisherlawapc.com
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, CA 90049-9998
Telephone: (408) 930-3580

Attorney for Defendant Max Toovey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,<br><br>        Plaintiffs,<br><br>     v.<br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,<br><br>        Defendants. | Case No. 2:26-cv-00321-FMO-RAO<br><br>**DEFENDANT MAX TOOVEY'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Nithin Kumar; and [Proposed] Order]*<br><br>Date:   May 21, 2026<br>Time:  10:00 a.m.<br>Dept.:  6D<br>Judge:  Hon. Fernando M. Olguin |

DEFENDANT MAX TOOVEY'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on May 21, 2026, at 10:00 a.m. in Courtroom 6D of the above-entitled Court, located at 350 W 1st Street, Los Angeles, California 90012, Defendant Max Toovey, by and through his counsel of record, will and hereby does move this court to dismiss the Second, Fifth, and Seventh Causes of Action asserted in the Complaint against Toovey pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is made on the grounds that the Complaint fails to state a claim upon which relief may be granted. More specifically, Plaintiffs' conclusory allegations do not satisfy Rule 9(b)'s heightened pleading standard for any of the three claims asserted against Toovey, fail to identify any misrepresentations by Toovey, and fall well short of adequately pleading scienter or substantial assistance. Toovey also joins the arguments asserted by the other defendants moving to dismiss, including that Plaintiffs fail to identify the applicable law, lack Article III standing, do not establish the elements of justifiable reliance, causation or damages, and have not complied with the dispute resolution process expressly mandated by the contracts Plaintiffs attach to their Complaint.

This Motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, Declaration of Nithin Kumar re Compliance with Local Rule 7-3, and [Proposed] Order, as well as any other matters that may be properly presented to Court prior to or at the time of the hearing.

DATED:  April 15, 2026          KINGFISHER LAW APC

By:      /s/ Nithin Kumar
                Nithin Kumar
         Attorney for Defendant Max Toovey

2

DEFENDANT MAX TOOVEY'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT