Nithin Kumar (SBN 300607)
  nithin@kingfisherlawapc.com
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, CA 90049-9998
Telephone: (408) 930-3580

Attorney for Defendant Max Toovey

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., | Case No. 2:26-cv-00321-FMO-RAO |
| Plaintiffs, | **DEFENDANT MAX TOOVEY'S JOINDER IN DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO RULE 12(B)(6)** |
| v. | Date:    April 23 and May 21, 2026 |
| Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, | Time:    10:00 a.m.<br>Dept.:    6D<br>Judge:    Hon. Fernando M. Olguin |
| Defendants. | |

---

DEFENDANT MAX TOOVEY'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT

Defendant Max Toovey hereby joins in the motions to dismiss filed pursuant to Rule 12(b)(6) by Defendant Health Gorilla, Inc. (ECF Nos. 56-1, 95), the RavillaMed Defendants (ECF Nos. 51, 93), and the Mammoth Defendants (ECF Nos. 77, 91), which are set to be heard on April 23, 2026, as well as motions filed by the Unit 387 Defendants (ECF No. 85-1) and Defendant Daniel Baker (ECF No. 84), which are set to be heard on May 21, 2026. Toovey joins in the arguments asserted in the other defendants' respective motions to the extent specified in Toovey's own concurrently filed motion to dismiss. (*See* ECF No. 96-1 at 23-25.)

DATED:  April 15, 2026                KINGFISHER LAW APC

By: _____ */s/ Nithin Kumar* _____
                         Nithin Kumar
            Attorney for Defendant Max Toovey

DEFENDANT MAX TOOVEY'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT