QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Adam Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
David M. Elihu (Bar No. 303043)
  davidelihu@quinnemanuel.com
Julia S. Choe (Bar No. 287038)
  juliachoe@quinnemanuel.com
Jenny Braun (*pro hac vice* forthcoming)
  jennybraun@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
  Telephone:  (213) 443-3000
  Facsimile:   (213) 443-3100

*Attorneys for Defendant Health Gorilla, Inc.*

[Counsel for Additional Parties on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,<br><br>Defendants. | **Case No. CV 26-00321 FMO (RAOx)**<br><br>*Assigned to: Hon. Fernando M. Olguin*<br>*United States District Judge*<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND EXTEND CASE DEADLINES**<br><br>Action Filed: January 13, 2026<br><br>**Current Trial Date: August 10, 2027**<br>**Proposed Trial Date: January 14, 2028** |

## STIPULATION TO CONTINUE TRIAL DATE AND EXTEND CASE DEADLINES

Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc. d/b/a Reid Health, Trinity Health Corporation, and UMass Memorial Health Care, Inc. (collectively, "Plaintiffs"), and Defendants Health Gorilla, Inc., RavillaMed PLLC, Avinash Ravilla, Shere Saidon, LlamaLab, Inc., Unique Medi Tech LLC d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc., Ryan Hilton, Daniel Baker, Max Toovey, Unit 387 LLC, SelfRx, LLC d/b/a Myself.Health, and Meredith Manak (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate to request an Order continuing certain deadlines in the Scheduling and Case Management Order Re: Jury Trial ("Scheduling Order," ECF 99) for good cause as set forth below.

WHEREAS, on April 17, 2026, the Court entered the Scheduling Order, which set a trial date of August 10, 2027, a Final Pretrial Conference for July 23, 2027, and various related case deadlines.

WHEREAS, lead trial counsel for Defendant Health Gorilla, Inc. is currently scheduled for two separate federal jury trials set to commence in August 2027 and September 2027, respectively. Both of those trials were scheduled prior to the issuance of the Scheduling Order. Because of these pre-existing trial commitments, the currently-scheduled trial date of August 10, 2027 is not workable for Health Gorilla, Inc.

WHEREAS, lead trial counsel for Defendants Unique Medi Tech LLC d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc., and Ryan Hilton are scheduled for pre-existing trials set to commence in October 2027 and November 2027, respectively. Both of these trials were scheduled prior to the issuance of the Scheduling Order, and they render a trial date at the end of 2027 not workable for those Defendants.

WHEREAS, defense counsel timely raised these scheduling conflicts with all counsel. After conferring, the Parties have agreed they are amenable to a continuance of the trial date and a corresponding adjustment of other case deadlines.

WHEREAS, the Parties agree to request a continuance of the trial date from August 10, 2027 to January 14, 2028, and to request a corresponding extension of all other case deadlines.

WHEREAS, this is the first request for a continuance of the trial date in this action. The Parties make this request in good faith and not for purposes of delay.

NOW, THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court vacate the current trial date and all case deadlines and enter the following amended schedule.

| Event | Prior Deadline | Proposed New Deadline |
| --- | --- | --- |
| Last day to amend pleadings/ identify Doe defendants | July 13, 2026 | December 16, 2026 |
| Fact discovery cut-off | January 13, 2027 | May 6, 2027 |
| Settlement conference completion | January 13, 2027 | May 6, 2027 |
| Initial expert witness disclosures | January 27, 2027 | May 20, 2027 |
| Rebuttal expert witness disclosures | March 1, 2027 | June 23, 2027 |
| Expert discovery cutoff | April 1, 2027 | July 22, 2027 |
| Last day to file dispositive/ summary judgment motions | May 3, 2027 | August 26, 2027 |
| Deadline for memoranda of contentions; witness lists; pretrial exhibit stipulation; joint motions in limine | July 2, 2027 | December 3, 2027 |
| Deadline for proposed pretrial conference order; joint and disputed jury instructions; joint proposed | July 9, 2027 | December 10, 2027 |

3

STIPULATION TO CONTINUE TRIAL DATE AND EXTEND CASE DEADLINES

| Event | Prior Deadline | Proposed New Deadline |
|---|---|---|
| verdict form; joint statement of case; proposed voir dire; motion in limine reply briefs | | |
| Final pretrial conference and hearing on motions in limine | July 23, 2027 at 10:00 a.m. | December 17, 2027 at 10:00 a.m. |
| Jury trial (counsel to appear at 8:45 a.m. on first day) | August 10, 2027 at 9:00 a.m. | January 14, 2028 at 9:00 a.m. |

**IT IS SO STIPULATED.**

Dated:  May 8, 2026

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  */s/ Marshall L. Baker*
       Marshall L. Baker
       Anthony T. Pierce (*pro hac vice*)
       Mark R. Herring (*pro hac vice*)
       Caroline L. Wolverton (*pro hac vice*)
       Lauren E. Huennekens

*Attorneys for Plaintiffs*
*Epic Systems Corporation, OCHIN, Inc.,*
*Reid Hospital & Health Care Services, Inc.,*
*Trinity Health Corporation, and UMass Memorial*
*Health Care, Inc.*

Dated:  May 8, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  */s/ Adam Wolfson*
       Adam Wolfson
       Ryan Landes
       David M. Elihu
       Julia S. Choe
       Jenny Braun

*Attorneys for Defendant*
*Health Gorilla, Inc.*

4

STIPULATION TO CONTINUE TRIAL DATE AND EXTEND CASE DEADLINES

Dated: May 8, 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Brook B. Andrews*
       James C. Wald
       Brook B. Andrews
       Joshua Redelman

*Attorneys for Defendants*
*RavillaMed PLLC, Avinash Ravilla, Shere Saidon, and LlamaLab, Inc.*

Dated:  May 8, 2026

**BIRD, MARELLA, RHOW, LINCENBERG, BROOKS & NESSIM, LLP**

By: */s/ Sharon Mayer*
       Ekwan E. Rhow
       Sharon Mayer
       Alexander H. Tran
       Melissa C. Decker

*Attorneys for Defendants*
*Unique Medi Tech LLC d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc., and Ryan Hilton*

Dated: May 8, 2026

**LAW OFFICE OF PETER BRONSTEIN**

By: */s/ Peter Bronstein*
       Peter Bronstein

*Attorneys for Defendant*
*Daniel Baker*

Dated:  May 8, 2026

**KINGFISHER LAW APC**

By: */s/Nithin Kumar*
       Nithin Kumar

*Attorneys for Defendant*
*Max Toovey*

Dated: May 8, 2026

**BLANK ROME LLP**

By: */s/ Christopher Petersen*
       Christopher Petersen
       Alycia S. Tulloch
       Mark L. Johansen
       Neakzaad Horriat

5

*Attorneys for Defendants*
*Unit 387, LLC, Hoppr, LLC, and Meredith Manak*

6

## <u>ATTESTATION PURSUANT TO L.R. 5-4.3.4</u>

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

*/s/ Adam Wolfson*
Adam Wolfson

STIPULATION TO CONTINUE TRIAL DATE AND EXTEND CASE DEADLINES