# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 26-00321 FMO (RAOx)** | Date | **May 13, 2026** |
|---|---|---|---|
| Title | **Epic Systems Corporation, <u>et al.</u> v. Health Gorilla, Inc., <u>et al.</u>** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):

None Present

Attorney Present for Defendant(s):

None Present

**Proceedings:       (In Chambers) Order Re: Stipulation & Further Proceedings**

Having reviewed the Stipulation to Continue Trial Date and Extend Case Deadlines (Dkt. 108, "Stipulation"), IT IS ORDERED THAT:

1.  The Stipulation **(Document No. 108)** is **granted** as set forth in this Order.

2.  Any stipulation or motion to amend as to any claims, defenses, and/or parties shall be lodged/filed no later than **December 16, 2026**, failing which it shall be deemed that party's waiver of any such amendments in this action.  All "Doe" defendants are to be identified and named on or before **December 16, 2026**, on which date all remaining "Doe" defendants will be deemed dismissed, unless otherwise ordered by the court upon a showing of good cause.

3.  All fact discovery shall be completed no later than **May 6, 2027**.

4.  All expert discovery shall be completed by **July 22, 2027**.  The parties must serve their Initial Expert Witness Disclosures no later than **May 20, 2027**.  Rebuttal Expert Witness Disclosures shall be served no later than **June 23, 2027**.  The parties should commence expert discovery shortly after the initial designation of experts, because Local Rules 7-3 and 37-1 require ample time to meet and confer and to brief the matters, and because the pretrial conference and trial dates will not be continued because expert discovery is still underway.

5.  The parties shall complete their settlement conference before a private mediator no later than **May 6, 2027**.

6.  Any motion for summary judgment or other potentially dispositive motion (other than a motion under Rule 12(b)(6)) shall be filed no later than **August 23, 2027**, and noticed for hearing regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  *All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re:*

---

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-00321 FMO (RAOx)** | Date | **May 13, 2026** |
| Title | **Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.** | | |

*Summary Judgment Motions issued on April 17, 2026 (Dkt. 100).*[1]

    7.  The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **December 16, 2027**.

    8.  The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine no later than **December 23, 2027**.

    The parties shall also send copies of the proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; the joint proposed verdict form; the joint statement of the case; and any proposed additional voir dire questions, to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect or Word format.

    9.  The pretrial conference and hearing on motions in limine is scheduled for **January 7, 2028**, at 10:00 a.m.

    10.  The trial is scheduled to begin on **Tuesday, January 25, 2028**, at 9:00 a.m.  On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

| | | |
|---|---|---|
| | 00 : 00 | |
| Initials of Preparer | vdr | |

---

[1]  A motion filed pursuant to Rule 12(c) more than 21 days after the pleadings are closed will be deemed a dispositive motion.