Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Sharon Mayer - State Bar No. 212862
smayer@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
Melissa C. Decker – State Bar No. 330062
mdecker@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,

Plaintiffs,

v.

Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,

Defendants.

CASE NO. 2:26-cv-00321-FMO-RAO

Assigned to Hon. Fernando M. Olguin

**DECLARATION OF EKWAN E. RHOW IN SUPPORT OF BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP'S AND ALL OF ITS COUNSEL OF RECORD'S, MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC. AND RYAN HILTON**

Date: August 13, 2026
Time: 10:00 a.m.
Crtrm.: 6D

Action Filed: January 13, 2026

**DECLARATION OF EKWAN E. RHOW**

I, Ekwan E. Rhow, declare as follows:

1. I am an active member of the Bar of the State of California and a Partner with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton ("Defendants") in this action. I make this declaration in support of Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP and its Counsel of Record's (collectively, the "Firm") Motion to Withdraw as Counsel. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. The Firm began representing Defendants in January 2026, pursuant to a written engagement agreement between Defendants and the Firm.

3. Pursuant to the terms of the engagement agreement, Defendants are obligated to pay all invoices promptly upon receipt.

4. Defendants have repeatedly failed to comply with material terms of the engagement agreement by failing to timely pay the Firm's invoices. As a result, it has become impossible for the Firm to carry out the representation effectively and in a manner consistent with its professional and ethical obligations.

5. Since May 2026, I informed Defendants on multiple occasions that unless they pay the Firm's outstanding invoices, the Firm will have to withdraw from representing them in this matter.

6. On June 18, 2026, I informed Defendants of the Firm's intention to withdraw and urged them to retain new counsel.

7. On July 1, 2026, my office informed Defendants that the Firm intends to file a motion to withdraw. My office further informed them that Mr. Hilton could proceed *pro se*, but that the entity Defendants would have to retain new counsel.

8. On July 8, 2026, my office informed Plaintiffs' counsel of the Firm's

intention to file a motion to withdraw. Plaintiffs' counsel indicated that Plaintiffs do not oppose the filing of this motion or the requested withdrawal relief, but reserve the right to respond to the motion at a later time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on July 9, 2026, at Los Angeles, California.

Ek Rhow

Ekwan E. Rhow