Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Sharon Mayer - State Bar No. 212862
    smayer@birdmarella.com
Alexander H. Tran - State Bar No. 338940
    atran@birdmarella.com
Melissa C. Decker – State Bar No. 330062
    mdecker@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Unique Medi
Tech LLC, d/b/a Mammoth Dx, Mammoth
Path Solution, LLC, Mammoth Rx, Inc.
and Ryan Hilton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,<br><br>Defendants. | CASE NO. 2:26-cv-00321-FMO<br><br>Assigned to Hon. Fernando M. Olguin<br><br>**SUPPLEMENTAL PROOF OF SERVICE OF BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP'S AND ALL OF ITS COUNSEL OF RECORD'S, MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC. AND RYAN HILTON**<br><br>Date:    August 13, 2026<br>Time:    10:00 a.m.<br>Crtrm.:  6D<br><br>Action Filed: January 13, 2026 |

## <u>SUPPLEMENTAL PROOF OF SERVICE</u>

***Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.***
**Case No. 2:26-cv-00321 FMO (RAO)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On July 10, 2026, I served the following document(s) described as

**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP'S AND ALL OF ITS COUNSEL OF RECORD'S, MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC. AND RYAN HILTON (Document 118)**

**DECLARATION OF EKWAN E. RHOW IN SUPPORT OF BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP'S AND ALL OF ITS COUNSEL OF RECORD'S, MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC. AND RYAN HILTON (Document 118-1)**

**[PROPOSED] ORDER GRANTING BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP'S AND ITS COUNSEL OF RECORD'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC. AND RYAN HILTON (Document 118-2)**

on the interested parties in this action as follows:

Ryan Hilton ryan@mammothrx.com

Tony Shin TShin@liminal-lsp.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address lcruz@birdmarella.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 10, 2026, at Los Angeles, California.

_____
Lourdes Cruz

3