Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Sharon Mayer - State Bar No. 212862
    smayer@birdmarella.com
Alexander H. Tran - State Bar No. 338940
    atran@birdmarella.com
Melissa C. Decker – State Bar No. 330062
    mdecker@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, <br><br> Defendants. | CASE NO. 2:26-cv-00321-FMO-RAO <br> Assigned to Hon. Fernando M. Olguin <br> Courtroom: 6D <br><br> **NOTICE OF ORDER CONTINUING HEARING ON BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP'S AND ALL OF ITS COUNSEL OF RECORD'S, MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC. AND RYAN HILTON** <br><br> **New Hearing Date:** <br> Date:    September 10, 2026 <br> Time:    10:00 a.m. <br> Crtrm.:  6D <br><br> Action Filed: January 13, 2026 <br><br> Trial Date: January 25. 2028 |

6055038.1

NOTICE OF ORDER CONTINUING HEARING ON MOTION TO WITHDRAW

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on August 10, 2026, the Court issued its Court Order Re: Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP's and all of its Counsel of Record's, Motion to Withdraw as Counsel for Defendants Unique Medi Tech Llc, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton, continuing the hearing to September 10, 2026 at 10:00 a.m.  A true and correct copy of the Court's August 10, 2026 Minute Order is attached hereto as Exhibit A.

DATED:  August 12, 2026          Bird, Marella, Rhow,
                                 Lincenberg, Drooks & Nessim, LLP


By: _____
                                     Sharon Mayer
                                 Attorneys for Defendants Unique Medi
                                 Tech LLC, d/b/a Mammoth Dx, Mammoth
                                 Path Solution, LLC, Mammoth Rx, Inc. and
                                 Ryan Hilton

6055038.1

2

NOTICE OF ORDER CONTINUING HEARING ON MOTION TO WITHDRAW