# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 26-00321 FMO (RAOx)** | Date | **August 10, 2026** |
|---|---|---|---|
| Title | **Epic Systems Corporation, <u>et</u> <u>al.</u> v. Health Gorilla, Inc., <u>et</u> <u>al.</u>** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):

None Present

Attorney Present for Defendant(s):

None Present

**Proceedings:**        **(In Chambers) Order Re: Hearing for Motion to Withdraw**

On the court's own motion, IT IS ORDERED THAT:

1.  The hearing on the Motion to Withdraw **(Document No. 118)**, currently set for August 13, 2026, is continued to **September 10, 2026**, at **10:00 a.m.**

2.  Counsel, Bird, Marella, shall forthwith provide notice of the new hearing date to the subject defendants and file a proof of service no later than two court days following the filing date of this Order.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |