**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marshall L. Baker (SBN 300987)
mbaker@akingump.com
Lauren E. Huennekens (SBN 328855)
lhuennekens@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Telephone:   310.229.1000
Facsimile:   310.229.1001

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Anthony T. Pierce (*pro hac vice*)
apierce@akingump.com
Mark R. Herring (*pro hac vice*)
mherring@akingump.com
Caroline L. Wolverton (*pro hac vice*)
cwolverton@akingump.com
Laura Hill (*pro hac vice*)
lhill@akingump.com
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC  20006-1037
Telephone:   202.887.4000
Facsimile:   202.887.4288

*Attorneys for Plaintiffs Epic Systems Corporation, OCHIN, Inc.,*
*Reid Hospital & Health Care Services, Inc., Trinity Health Corporation,*
*and UMass Memorial Health Care, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100, <br><br> Defendants. | Case No. 2:26-cv-00321-FMO-RAO <br><br> Assigned to:  Hon. Fernando M. Olguin <br><br> **PLAINTIFFS' NOTICE PURSUANT TO LOCAL RULE 83-1.4.3 OF CONDITIONAL TRANSFER ORDER AND TAG-ALONG ORDER FROM THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** <br><br> Date Action Filed:        January 13, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83-1.4.3, Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc., Trinity Health Corporation, and UMass Memorial Health Care, Inc. hereby provide notice that on August 7, 2026, the United States Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order in *In Re: Health Gorilla, Inc., et al., Data Security Breach Litigation*, MDL No. 3193, transferring and consolidating certain actions for coordinated or consolidated pretrial proceedings in the United States District Court for the Southern District of Florida before the Honorable K. Michael Moore.

The Panel's Transfer Order identified the above-captioned action, *Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.*, Case No. 2:26-cv-00321-FMO-RAO (C.D. Cal.), as a potential tag-along action for inclusion in MDL No. 3193.  *See* Panel Rules 1.1(i), 7.1, and 7.2.  A copy of the Panel's Transfer Order, dated August 7, 2026, is attached hereto as **Exhibit A**.  A copy of the Panel's Notice of Tag-Along from JPML, dated August 7, 2026, is attached hereto as **Exhibit B**.

Thereafter, on August 10, 2026, the Panel issued a Conditional Transfer Order in *In Re: Health Gorilla, Inc., et al., Data Security Breach Litigation*, MDL No. 3193, conditionally transferring the above-captioned action, *Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.*, Case No. 2:26-cv-00321-FMO-RAO (C.D. Cal.), to the United States District Court for the Southern District of Florida.  A copy of the Panel's Conditional Transfer Order, dated August 10, 2026, is attached hereto as **Exhibit C**.

Dated: August 12, 2026     By:  */s/ Marshall L. Baker*
                                 Marshall L. Baker
                                 Lauren E. Huennekens
                                 **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                 1999 Avenue of the Stars, Suite 600
                                 Los Angeles, CA  90067-6022

                                 - and -

PLAINTIFFS' NOTICE PURSUANT TO LOCAL RULE 83-1.4.3
OF CONDITIONAL TRANSFER ORDER AND TAG-ALONG ORDER
FROM THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Anthony T. Pierce (*pro hac vice*)
Mark R. Herring (*pro hac vice*)
Caroline L. Wolverton (*pro hac vice*)
Laura Hill (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC  20006-1037

*Attorneys for Plaintiffs*
*Epic Systems Corporation, OCHIN, Inc.,*
*Reid Hospital & Health Care Services, Inc.,*
*Trinity Health Corporation, and UMass Memorial*
*Health Care, Inc.*

3

PLAINTIFFS' NOTICE PURSUANT TO LOCAL RULE 83-1.4.3
OF CONDITIONAL TRANSFER ORDER AND TAG-ALONG ORDER
FROM THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION