Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Sharon Mayer - State Bar No. 212862
smayer@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
Melissa C. Decker – State Bar No. 330062
mdecker@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,

Plaintiffs,

v.

Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,

Defendants.

CASE NO. 2:26-cv-00321-FMO-RAO
Assigned to Hon. Fernando M. Olguin
Courtroom: 6D

**NOTICE OF ORDER CONTINUING HEARING ON BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP'S AND ALL OF ITS COUNSEL OF RECORD'S, MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC. AND RYAN HILTON**

**New Hearing Date:**
Date: September 24, 2026
Time: 10:00 a.m.
Crtrm.: 6D

Action Filed: January 13, 2026

Trial Date: January 25, 2028

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on September 3, 2026, the Court issued its Text Only Entry Re: Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP's and all of its Counsel of Record's, Motion to Withdraw as Counsel for Defendants Unique Medi Tech Llc, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton, continuing the hearing to September 24, 2026 at 10:00 a.m. A true and correct copy of the Court's September 3, 2026 Text Only Entry (125) on the Court Docket is attached hereto as Exhibit A.

DATED: September 4, 2026

Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: ______________________________
Melissa C. Decker
Attorneys for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton

# EXHIBIT A

**From:** cacd_ecfmail@cacd.uscourts.gov
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:26-cv-00321-FMO-RAO Epic Systems Corporation et al v. Health Gorilla, Inc. et al Text Only Scheduling Notice
**Date:** Thursday, September 3, 2026 2:02:01 PM

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered on 9/3/2026 at 2:00 PM PDT and filed on 9/3/2026
**Case Name:** Epic Systems Corporation et al v. Health Gorilla, Inc. et al
**Case Number:** 2:26-cv-00321-FMO-RAO
**Filer:**
**Document Number:** 125(No document attached)

**Docket Text:**
**TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. The Motion to Withdraw [118] is continued for hearing to 9/24/2026 at 10:00 AM before Judge Fernando M. Olguin. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY**

**2:26-cv-00321-FMO-RAO Notice has been electronically mailed to:**

Adam B. Wolfson adamwolfson@quinnemanuel.com, abbyvalenzuela@quinnemanuel.com, calendar@quinnemanuel.com, jacquelindavis@quinnemanuel.com, jennybraun@quinnemanuel.com

Alexander H. Tran atran@birdmarella.com, ssmall@birdmarella.com

Alycia S. Tulloch alycia.tulloch@blankrome.com, arc@blankrome.com, courtmail@blankrome.com, michelle.grams@blankrome.com

Anthony T Pierce apierce@akingump.com, AGSearch-Lit@akingump.com, EastDocketing@akingump.com

Brook B Andrews brook.andrews@nelsonmullins.com

Caroline Lewis Wolverton cwolverton@akingump.com

Christopher J Petersen chris.petersen@blankrome.com, ashley.mwilliams@blankrome.com, courtmail@blankrome.com

David M. Elihu davidelihu@quinnemanuel.com

Ekwan E. Rhow erhow@birdmarella.com, brl@birdmarella.com, docket@birdmarella.com, eer@birdmarella.com

Elizabeth Anne Mitchell elizabeth@umklaw.com, calendaring@umklaw.com, jon@umklaw.com

James C Wald james.wald@nelsonmullins.com, carolyn.orphey@nelsonmullins.com

Joshua A Redelman josh.redelman@nelsonmullins.com

Julia Sun Choe juliachoe@quinnemanuel.com

Laura E Hill lhill@akingump.com

Lauren E. Huennekens lhuennekens@akingump.com, cdoubroff@akingump.com, svasquez@akingump.com, westdocketing@akingump.com

Mark L Johansen mark.johansen@blankrome.com, courtmail@blankrome.com, kenna.lemon@blankrome.com, neak.horriat@blankrome.com, treeva.wesley@blankrome.com

Mark R. Herring mherring@akingump.com

Marshall L. Baker mbaker@akingump.com, abautista@akingump.com, cdoubroff@akingump.com, svasquez@akingump.com, westdocketing@akingump.com

Matthew Donald Umhofer matthew@umklaw.com, calendaring@umklaw.com, jon@umklaw.com

Melissa C Decker mdecker@birdmarella.com, lcruz@birdmarella.com

Neakzaad Layne Horriat Neak.horriat@blankrome.com

Nithin Kumar nithin@kingfisherlawapc.com

Peter C Bronstein peterbronz@yahoo.com

Ryan S. Landes ryanlandes@quinnemanuel.com, calendar@quinnemanuel.com, pamdavis@quinnemanuel.com

Sharon Ben-Shahar Mayer smayer@birdmarella.com, dbeatty@birdmarella.com, dlb@birdmarella.com, docket@birdmarella.com

**2:26-cv-00321-FMO-RAO Notice has been delivered by First Class U. S. Mail or by other**

**means <u>BY THE FILER</u> to :**