**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marshall L. Baker (SBN 300987)
mbaker@akingump.com
Lauren E. Huennekens (SBN 328855)
lhuennekens@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: 310.229.1000
Facsimile: 310.229.1001

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Anthony T. Pierce (*pro hac vice*)
apierce@akingump.com
Mark R. Herring (*pro hac vice*)
mherring@akingump.com
Caroline L. Wolverton (*pro hac vice*)
cwolverton@akingump.com
Laura Hill (*pro hac vice*)
lhill@akingump.com
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
Telephone: 202.887.4000
Facsimile: 202.887.4288

*Attorneys for Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc., Trinity Health Corporation, and UMass Memorial Health Care, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,<br><br>Defendants. | Case No. 2:26-cv-00321-FMO-RAO<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**PLAINTIFFS' STATEMENT REGARDING *EX PARTE* APPLICATION OF BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**<br><br>Date: Not set<br>Time: Not set<br>Location: Courtroom 6D<br><br>Date Action Filed: January 13, 2026 |

Pursuant to Section 5 of the Court's Standing Order and the October 16, 2025 directive of the Courtroom Deputy Clerk, Plaintiffs respectfully submit this statement regarding the *ex parte* application filed by Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP ("Bird Marella"), seeking a ruling on Bird Marella's motion to withdraw as counsel of record in this action. *See* ECF No. 131 (the "Application").

Plaintiffs do not believe that the circumstances warranted the filing of the Application and reserve all of their rights with respect to the substantive issues in the case, including with respect to the document preservation/spoliation, collection, and production issues referred to in the Application and its supporting papers. However, Plaintiffs do not oppose the relief requested in the Application.

Dated: October 16, 2026 By: */s/ Marshall L. Baker*

Marshall L. Baker
Lauren E. Huennekens
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022

- and -

Anthony T. Pierce (*pro hac vice*)
Mark R. Herring (*pro hac vice*)
Caroline L. Wolverton (*pro hac vice*)
Laura Hill (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037

*Attorneys for Plaintiffs*
*Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc., Trinity Health Corporation, and UMass Memorial Health Care, Inc.*