UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.** | **CV 26-00321 FMO (RAOx)** | **Date** | **October 22, 2026** |
| **Title** | **Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | |
|---|---|
| Vanessa Figueroa | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiffs: | Attorney Present for Movants: |
| Lauren E. Huennekens | Sharon Ben-Shahar Mayer |

**Proceedings:** **Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP's and all of its Counsel of Record's, Motion to Withdraw as Counsel for Defendants Unique Medi Tech LLC, d/b/a Matthoth DX, Mammoth Path Solution, LLC, Mammoth RX, Inc. and Ryan Hilton [118] (Held & Completed)**

The court notes that no appearance is made by any of the subject parties.

The court hears from counsel regarding the pending motion to withdraw. The motion is **tentatively granted** and shall be deemed granted upon filing of the proofs of service noted below.

The entity defendants are granted 30 days from entry of this Order to retain counsel. If the 30 days expires without a Notice of Appearance being filed for the subject defendants, plaintiffs shall file a request for default within seven (7) days of that expiration. Failure to comply with the deadlines set forth in this Order shall result in the imposition of sanctions, including, but not limited to, the entry of default or the dismissal of the action as to the party for whom the default was not sought. See Fed. R. Civ. P. 41

Counsel shall serve the subject defendants with this Order and file proofs of service no later than **October 27, 2026.** Counsel shall provide the Clerk with an address for each of the subject defendants in the motion, immediately following the conclusion of the hearing.

The Ex Parte Application for Ruling (Dkt. 131) is denied as moot.

IT IS SO ORDERED.

00 : 06

Initials of Preparer vdr