Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Sharon Mayer - State Bar No. 212862
smayer@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
Melissa C. Decker – State Bar No. 330062
mdecker@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,

Plaintiffs,

v.

Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,

Defendants.

CASE NO. 2:26-cv-00321-FMO-RAO
Assigned to Hon. Fernando M. Olguin
Courtroom: 6D

**NOTICE OF CIVIL MINUTES ORDER [DKT 134] RE BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS UNIQUE MEDI TECH LLC, D/B/A MAMMOTH DX, MAMMOTH PATH SOLUTION, LLC, MAMMOTH RX, INC., AND RYAN HILTON**

Action Filed: January 13, 2026

Trial Date: January 25, 2028

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on October 22, 2026, the Court issued its Court Order Re: Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP's and all of its Counsel of Record's, Motion to Withdraw as Counsel for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton.

The Court's Minute Order is attached hereto as **Exhibit A**.

DATED: October 27, 2026

Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: [signature]

Alexander H. Tran
Attorneys for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton