Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Sharon Mayer - State Bar No. 212862
smayer@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
Melissa C. Decker – State Bar No. 330062
mdecker@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Unique Medi Tech LLC, d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,

Plaintiffs,

v.

Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,

Defendants.

CASE NO. 2:26-cv-00321-FMO-RAO
Assigned to Hon. Fernando M. Olguin
Courtroom: 6D

**PROOF OF SERVICE RE: COURT ORDER OF OCTOBER 22, 2026 (DKT. 134)**

Action Filed: January 13, 2026

Trial Date: January 25, 2028

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On November 4, 2026, I served a true copy of:

1. **COURT ORDER OF OCTOBER 22, 2026 (DKT. 134)**

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 4, 2026, at Los Angeles, California.

/s/ Susan Small
Susan G. Small

# SERVICE LIST
***Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.***
**Case No. 2:26-cv-00321 FMO (RAO)**

Ryan Hilton
20505 Crescent Bay Dr.
Lake Forest, CA 92630-8825
Email: ryan@mammothrx.com

Unique Medi Tech LLC, d/b/a Mammoth Dx
20505 Crescent Bay Dr.
Lake Forest, CA 92630-8825
Email: ryan@mammothrx.com

Mammoth Path Solution, LLC
20505 Crescent Bay Dr.
Lake Forest, CA 92630-8825
Email: ryan@mammothrx.com

Mammoth Rx, Inc.
20505 Crescent Bay Dr.
Lake Forest, CA 92630-8825
Email: ryan@mammothrx.com