Peter Bronstein (CA Bar No 153611)
Law Office of Peter Bronstein
2121 Avenue of the Stars 8th Floor
Los Angeles, California 90067
Telephone: (310) 203-2249
Email Peterbronz@gmail.com

Attorney for Defendant Daniel Baker

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Epic Systems Corporation; OCHIN, Inc.; Reid Hospital & Health Care Services, Inc. d/b/a Reid Health; Trinity Health Corporation; and UMass Memorial Health Care, Inc.,

Plaintiffs,

v.

Health Gorilla, Inc.; RavillaMed PLLC; Avinash Ravilla; Shere Saidon; LlamaLab, Inc.; Unique Medi Tech LLC, d/b/a Mammoth Dx; Mammoth Path Solution, LLC; Mammoth Rx, Inc.; Ryan Hilton; Daniel Baker; Max Toovey; Unit 387 LLC; SelfRx, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth; Hoppr, LLC; Meredith Manak, and DOES 1-100,

Defendants.

Case No. 2:26-cv-00321-FMO-RAO

Assigned To: Hon. Fernando M. Olguin

**NOTICE OF WITHDRAWAL OF DEFENDANT DANIEL BAKER'S MOTION TO DISMISS**

Date Action Filed: January 13, 2026

NOTICE IS HEREBY GIVEN THAT Defendant Daniel Baker who filed a Motion to dismiss on March 30, 2026, Docket number 84, hereby withdraws the Motion to dismiss. The original hearing date was set for May 23 2026. On May 15, 2026 in Chambers the Honorable Judge Fernando M. Olguin issued a minute order on Courts own motion that the motions to dismiss by docket numbers 84, 85 and 96 were taken off calendars and under submission. As of November 9, 2026 there is no ruling on the Motion to Dismiss.

Pursuant to FRCP (a)(4)(A) Defendant Daniel Baker shall have 14 days from the date the withdrawal becomes effective to respond after the motion is withdrawn

Executed on November 10, 2026, at Los Angeles, California.

Peter Bronstein

Peter Bronstein attorney for Defendant Daniel Baker

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, 8th Floor, Los Angeles, CA 90067-2561.

On November 10, 2026, I served the following document(s) described as **NOTICE OF DEFENDANTS DANIEL BAKER'S WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FRCP 12(B)(6) on th**e interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address ssmall@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 10, 2026, at Los Angeles, California.

Peter Bronstein

Peter Bronstein

# ATTACHED LIST

Adam B. Wolfson adamwolfson@quinnemanuel.com, abbyvalenzuela@quinnemanuel.com, calendar@quinnemanuel.com, jacquelindavis@quinnemanuel.com, jennybraun@quinnemanuel.com

Alexander H. Tran atran@birdmarella.com, ssmall@birdmarella.com

Alycia S. Tulloch alycia.tulloch@blankrome.com, arc@blankrome.com

Anthony T Pierce apierce@akingump.com, AGSearch-Lit@akingump.com, EastDocketing@akingump.com

Brook B Andrews brook.andrews@nelsonmullins.com

Caroline Lewis Wolverton cwolverton@akingump.com

Christopher J Petersen chris.petersen@blankrome.com, ashley.mwilliams@blankrome.com, heather.lamb@blankrome.com

David M. Elihu davidelihu@quinnemanuel.com

Ekwan E. Rhow erhow@birdmarella.com, brl@birdmarella.com, docket@birdmarella.com, eer@birdmarella.com

Elizabeth Anne Mitchell elizabeth@umklaw.com, calendaring@umklaw.com, jon@umklaw.com

James C Wald james.wald@nelsonmullins.com, carolyn.orphey@nelsonmullins.com

Joshua A Redelman josh.redelman@nelsonmullins.com

Julia Sun Choe juliachoe@quinnemanuel.com

Lauren E. Huennekens lhuennekens@akingump.com, cdoubroff@akingump.com, svasquez@akingump.com, westdocketing@akingump.com

Mark L Johansen mark.johansen@blankrome.com, jmcfaul@ghjhlaw.com

Mark R. Herring mherring@akingump.com

Marshall L. Baker mbaker@akingump.com, abautista@akingump.com, cdoubroff@akingump.com, svasquez@akingump.com, westdocketing@akingump.com

Matthew Donald Umhofer matthew@umklaw.com, calendaring@umklaw.com, jon@umklaw.com

Melissa C Decker mdecker@birdmarella.com, lcruz@birdmarella.com

Neakzaad Layne Horriat Neak.horriat@blankrome.com

Nithin Kumar nithin@kingfisherlawapc.com

Ryan S. Landes ryanlandes@quinnemanuel.com, calendar@quinnemanuel.com, pamdavis@quinnemanuel.com

Sharon Ben-Shahar Mayer sbs@birdmarella.com, dbeatty@birdmarella.com, dlb@birdmarella.com, docket@birdmarella.com

**SERVICE LIST**